UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| BERRY FLOOR NV; BERRY FLOOR USA, INC.; and ALLOC, INC.<br><br>Plaintiffs,<br><br>v.<br><br>L G SOURCING, INC., and LOWE'S COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 5:09-CV-00014-RLV-CH |

**ORDER**

Before the Court is Defendants' unopposed motion for an order sealing the Complaint and its exhibits in this matter pursuant to Local Rule 6.1(C). Upon consideration of the motion, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's motion is granted. The Complaint and exhibits thereto shall be maintained by the Clerk of Court under seal until further order of the Court. No other filings shall be sealed except pursuant to a subsequent order of the Court.

**SO ORDERED**.

Signed: March 6, 2009

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge

CHAR2\1165869v1